RECEIVED

2017 MAY 11 P 12:42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Artavis Demetrius Pendleton )
Full name and prison name of )
Plaintiff(s) )
 )
v. )
 )  CIVIL ACTION NO. 3:17-cv-309-WKW
State Of Alabama )  (To be supplied by Clerk of U.S. District
 )  Court)
_____ )
_____ )
_____ )
_____ )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☑   NO ☐

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) Artavis Demetrius Pendleton

            Defendant(s) Alabama Department Of Corrections, et al.,

        2.  Court (if federal court, name the district; if state court, name the county)
            In The United States District Court
            The Middle District Of Alabama

3. Docket number _____

4. Name of judge to whom case was assigned __Terry F. Moorer__

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) __It is still pending__

6. Approximate date of filing lawsuit __05/02/2017__

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT __Ventress Correctional Facility__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Ventress Correctional Facility__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __March 28, 2017__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _____

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

_____

_____

_____

_____

_____

GROUND TWO: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

_____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_____
_____
_____
_____
_____
_____

                                        _____
                                        Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
             (Date)

                                        _____
                                        Signature of plaintiff(s)

## Statement Of Claim

The Circuit Court Of Tallapoosa County In Dadeville, Alabama South Division did violate my Constitutional Rights by convicting me of two counts of Felony Murder which is against the 5th Amendment of the double Jeoprady clause in the United States Constitution, and many other rights. That was illegal so more than likely the courtroom was illegal, and if the courtroom is illegal then sentence and trial was illegal. What else did they do?

Artavis Pendleton AIS#247017
Ventress Correctional Facility
379 Highway 239 North
Clayton, AL 36016

MONTGOMERY AL 360
10 MAY '17 PM 2 L



THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED AND THE ALABAMA DEPARTMENT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED COMMUNICATION

VENTRESS LAW LIBRARY    Legal Mail

Office Of The Clerk
United States District Court
For The Middle District
P.O. Box 711
Montgomery, AL 36101-0711