IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ARTAVIS DEMETRIUS PENDLETON, # 247 017, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:17-CV-309-WKW [WO] |
| STATE OF ALABAMA, | ) ) | |
| Defendant. | ) | |

## **ORDER**

On August 9, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 6.) Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 6) is ADOPTED; and

(2) This action is DISMISSED without prejudice for failure of Plaintiff to pay the initial partial filing fee under 28 U.S.C. § 1915(b)(1)(A) as ordered by the court.

A separate final judgment will be entered.

DONE this 31st day of August, 2017.

                                         /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE